NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAYAL MEHTA,<br><br>                    Plaintiff,<br><br>        v.<br><br>FAIRLEIGH DICKINSON UNIVERSITY and DR. ROBERT MCGRATH,<br><br>                    Defendants. | Civil Action No. 09-cv-0455 (SDW)<br><br>**ORDER**<br><br><br>February 9, 2012 |

**WIGENTON**, District Judge.

Before this Court is Defendant Fairleigh Dickinson University ("FDU") and Dr. Robert McGrath's ("Dr. McGrath")(collectively "Defendants") Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.  For the reasons stated in the Opinion dated February 9, 2012, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

s/Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
Cc:    Madeline Cox Arleo, U.S.M.J.
       Parties