UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1894
_____

PAYAL MEHTA,
           Appellant

v.

FAIRLEIGH DICKINSON UNIVERSITY; DR. ROBERT MCGRATH
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-09-cv-00455)
District Judge: Honorable Susan D. Wigenton
_____

Argued March 6, 2013

Before:   RENDELL, AMBRO, and VANASKIE, *Circuit Judges*
_____

JUDGMENT
_____

    This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on March 6, 2013.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the order of the District Court entered March 9, 2012 be and the same is hereby affirmed in part, vacated in part, and remanded for further proceedings.  Costs shall not be taxed in this matter.  All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: July 15, 2013