**LOWENSTEIN SANDLER LLP**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*
*Fairleigh Dickinson University*
*and Dr. Robert McGrath*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAYAL MEHTA, | Civil Action No: 09-0455 (SDW)(MCA) |
| Plaintiff, | |
| -v- | |
| FAIRLEIGH DICKINSON UNIVERSITY and DR. ROBERT MCGRATH, | ~~PROPOSED~~ ORDER |
| Defendant. | |

**THIS MATTER** having been brought by defendants Fairleigh Dickinson University and Dr. Robert McGrath (collectively, "University Defendants"), through their attorney, Lowenstein Sandler LLP, upon application for an order granting summary judgment pursuant to *Fed. R. Civ. P.* 56, and the Court having considered the parties' respective briefs and the accompanying papers submitted in support of, and in opposition to, the motion, and the Court having heard oral argument on the motion, and for good cause shown,

It is on this 17th day of July, 2014,

**ORDERED** that the University Defendants' motion for Summary Judgment is hereby ~~granted~~ denied; and it is further

**ORDERED** that plaintiff's remaining claim against defendant Fairleigh Dickinson University is dismissed with prejudice; and it is further

~~**ORDERED** that plaintiff's remaining claim against defendant Dr. Robert McGrath is dismissed with prejudice.~~

_____
Hon. Susan D. Wigenton, U.S.D.J.

\* Order also re-opens this matter and restores this case to the active docket. SDW

\*\* For the reasons set forth on the record. SDW