Closed

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

PAYAL MEHTA
    Plaintiff,    :

                        Civil 2:09cv455(SDW)

    v.    :

FAIRLEIGH DICKENSON UNIVERSITY, et al
    Defendant.

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 28th day of October 2014,

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The terms of the settlement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

                          *s/Susan D. Wigenton*
                          Susan D. Wigenton
                    United States District Judge